# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

SHAYLON SMITH,

    Petitioner,

v.

STATE OF NEVADA, et al.,

    Respondent(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:17-cv-00288-MMD-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice to the filing of a new petition in a new action.
    **IT IS FURTHER ORDERED** that a certificate of appealability is denied.

May 12, 2017

**DEBRA K. KEMPI**
Clerk

 /s/ K. Rusin
Deputy Clerk